IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**JUSTINE MARRERO, Individually and on**            **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.            No. 1:22-cv-3593-MMR

**LAB ELITE, LLC, and ZISHAN ALVI**            **DEFENDANTS**

## JOINT STATUS REPORT

Pursuant to the Court's Minute Entry dated February 23, 2023, (ECF No. 20), the Parties, represented through undersigned counsel, submit the following Joint Status Report.

1. The Parties are currently discussing the potential resolution of this case. In an effort to work toward a potential resolution, Plaintiff has shared her damages calculations with Defendants, and the Defendants are working on providing a response to Plaintiff's calculations, including a potential offer to resolve this case.

2. The Parties are optimistic that they may be able to resolve this case without the need for additional discovery and incurring additional expenses related to litigation.

3. The fact discovery deadline is currently set for April 26, 2023. *See* ECF No. 20. The Parties would propose a stay of formal discovery while they continue to explore a potential resolution. The Parties would like to file a joint status report with the Court by May 26, 2023, to apprise the Court of the status of any potential resolution.

4. If the Parties are unable to reach a resolution amongst themselves by May 26, 2023, they may request a referral to a magistrate judge settlement conference. At this time though, they still believe they may be able to reach a resolution on their own.

5. In terms of remaining discovery, if the Parties are unable to resolve this amongst themselves, they may still need to conduct depositions. However, the Parties have agreed to continue to engage in good faith settlement discussions first so as not to incur additional costs related to litigation.

        Respectfully submitted,

        **JUSTINE MARRERO, Individually
and on Behalf of All Others
Similarly Situated, PLAINTIFF**

        SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Parkway, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

        */s/ Colby Qualls*
Colby Qualls
Ark. Bar No. 2019246
colby@sanfordlawfirm.com

        */s/ Josh Sanford*
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

**and**    **LAB ELITE, LLC, and ZISHAN ALVI,
DEFENDANTS**

        ZAC LAW PC
2700 S. River Road, Suite 308
Des Plaines, Illinois 60018
Telephone: (847) 318-9130

        */s/ Anthony Zac*
Anthony Zac
Atty. No. 6256902
az@zaclawpc.com

## CERTIFICATE OF SERVICE

    I, Colby Qualls, do hereby certify that a true and correct copy of the foregoing was electronically filed with the Clerk for the U.S. District Court, Northern District of Illinois, on April 11, 2023, using the electronic case filing system of the Court. The attorneys of record are registered to receive an electronic copy hereof and include:

Anthony Zac, Esq.
ZAC LAW P.C.
2700 S River Rd, Suite 308
Des Plaines, Illinois 60018
Telephone: (847) 318-9130
Facsimile: (847) 318-9140
az@zaclawpc.com

                                                                 */s/ Colby Qualls*
                                                                 **Colby Qualls**