## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Justine Marrero

                Plaintiff,

v.                                           Case No.: 1:22–cv–03593
                                                          Honorable Mary M. Rowland

Lab Elite, LLC, et al.

                Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 12, 2023:

    MINUTE entry before the Honorable Mary M. Rowland: The court has reviewed the joint status report. The Parties are currently discussing the potential resolution of this case. Parties' request to stay discovery while they continue to explore a potential resolution is granted. The Parties should file a joint status report with the Court by May 26, 2023, to apprise the Court of the status of any potential resolution. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.