IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**JUSTINE MARRERO, Individually and on**           **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.           No. 1:22-cv-3593-MMR

**LAB ELITE, LLC, and ZISHAN ALVI**           **DEFENDANTS**

## JOINT STATUS REPORT

Pursuant to the Court's Minute Entry dated April 12, 2023, (ECF No. 22), the Parties, represented through undersigned counsel, submit the following Joint Status Report.

1. On April 11, 2023, the Parties filed a Joint Status Report (ECF No. 21), in which they informed the Court that they are currently discussing the potential resolution of this case.

2. The Parties requested a stay of formal discovery while they continued to explore a potential resolution, which this Court granted. *See* ECF No. 22.

3. The Parties have not resolved this case amongst themselves yet, but they remain optimistic that they may be able to do so with more time, and without the need for additional discovery and incurring additional expenses related to litigation.

4. The Parties would like to continue to discuss a potential resolution amongst themselves. The Parties would like to file an additional joint status report with the Court by July 10, 2023, to apprise the Court of the status of any potential resolution.

5. If the Parties are unable to reach a resolution amongst themselves by July 10, 2023, they may request a referral to a magistrate judge settlement conference. At this time though, they still believe they may be able to reach a resolution on their own.

Respectfully submitted,

**JUSTINE MARRERO, Individually and on Behalf of All Others Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Parkway, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*/s/ Colby Qualls*
Colby Qualls
Ark. Bar No. 2019246
colby@sanfordlawfirm.com

*/s/ Josh Sanford*
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

and   **LAB ELITE, LLC, and ZISHAN ALVI, DEFENDANTS**

ZAC LAW PC
2700 S. River Road, Suite 308
Des Plaines, Illinois 60018
Telephone: (847) 318-9130

*/s/ Anthony Zac*
Anthony Zac
Atty. No. 6256902
az@zaclawpc.com

## CERTIFICATE OF SERVICE

    I, Colby Qualls, do hereby certify that a true and correct copy of the foregoing was electronically filed with the Clerk for the U.S. District Court, Northern District of Illinois, on May 25, 2023, using the electronic case filing system of the Court. The attorneys of record are registered to receive an electronic copy hereof and include:

Anthony Zac, Esq.
ZAC LAW P.C.
2700 S River Rd, Suite 308
Des Plaines, Illinois 60018
Telephone: (847) 318-9130
Facsimile: (847) 318-9140
az@zaclawpc.com

                                                   */s/ Colby Qualls*
                                                   **Colby Qualls**