**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Justine Marrero
                            Plaintiff,

v.                                                                 Case No.: 1:22–cv–03593
                                                                  Honorable Mary M. Rowland

Lab Elite, LLC, et al.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, May 26, 2023:

      MINUTE entry before the Honorable Mary M. Rowland: The court has reviewed the joint status report. The Parties have not resolved this case amongst themselves yet, but they remain optimistic that they may be able to do so with more time, and without the need for additional discovery and incurring additional expenses related to litigation. The Parties would like to continue to discuss a potential resolution amongst themselves. The Parties to file an additional joint status report with the Court by July 10, 2023, to apprise the Court of the status of any potential resolution. Mailed notice. (dm, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.