IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**JUSTINE MARRERO, Individually and on**     **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.     No. 1:22-cv-3593-MMR

**LAB ELITE, LLC, and ZISHAN ALVI**     **DEFENDANTS**

## JOINT STATUS REPORT

Pursuant to the Court's Minute Entry dated May 26, 2023, (ECF No. 24), the Parties, represented through undersigned counsel, submit the following Joint Status Report.

1. The Parties continue to discuss the potential resolution of this case. As previously reported, the Plaintiff has shared her damages calculations with Defendants, and the Defendants are working on providing a response to Plaintiff's calculations, including a potential offer to resolve this case.

2. The Parties remain interested in settlement; however, there is a pending matter brought by the Health Resources and Services Administration against the individual Defendant Zishan Alvi that has resulted in Lab Elite LLC to cease its operations with almost no assets. The same is true in terms of assets and income for the individual Defendant Zishan Alvi.

3. The Parties propose that the stay of formal discovery is extended while they continue to explore a potential resolution. The Parties would like to file a joint status report with the Court by August 9, 2023, to apprise the Court of the status of any potential resolution.

4. If the Parties are unable to reach a resolution amongst themselves by August 9, 2023, they may request a referral to a magistrate judge settlement conference. At this time

though, they still wish to attempt a resolution on their own.

5. In terms of remaining discovery, if the Parties are unable to resolve this amongst themselves, they may still need to conduct depositions. However, the Parties have agreed to continue to engage in good faith settlement discussions first so as not to incur additional costs related to litigation.

                                    Respectfully submitted,

**JUSTINE MARRERO, Individually and on Behalf of All Others Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Parkway, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*/s/ Colby Qualls*
Colby Qualls
Ark. Bar No. 2019246
colby@sanfordlawfirm.com

*/s/ Josh Sanford*
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

and   **LAB ELITE, LLC, and ZISHAN ALVI, DEFENDANTS**

ZAC LAW PC
2700 S. River Road, Suite 308
Des Plaines, Illinois 60018
Telephone: (847) 318-9130

*/s/ Anthony Zac*
Anthony Zac
Atty. No. 6256902
az@zaclawpc.com

## **CERTIFICATE OF SERVICE**

      I, Anthony Zac, do hereby certify that a true and correct copy of the foregoing was electronically filed with the Clerk for the U.S. District Court, Northern District of Illinois, on July 10, 2023, using the electronic case filing system of the Court. The attorneys of record are registered to receive an electronic copy hereof and include:

Colby Qualls
colby@sanfordlawfirm.com
Josh Sanford
josh@sanfordlawfirm.com
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Parkway, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

                                                           */s/ Anthony Zac*