**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Justine Marrero

                        Plaintiff,

v.                                        Case No.: 1:22–cv–03593
                                        Honorable Mary M. Rowland

Lab Elite, LLC, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 11, 2023:

       MINUTE entry before the Honorable Mary M. Rowland: The court has reviewed the joint status report. The Parties continue to discuss the potential resolution of this case. The Parties' request to continue the stay of formal discovery is granted. However, the case has been stayed since April for settlement discussions and the parties reported in March they were exploring settlement. This is a single plaintiff case. [20]. In person status set for 8/15/23 at 9:30AM. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.