**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Justine Marrero
                Plaintiff,

v.　　　　　　　　　　　　　　　　　Case No.: 1:22–cv–03593
　　　　　　　　　　　　　　　　　　Honorable Mary M. Rowland

Lab Elite, LLC, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 31, 2023:

      MINUTE entry before the Honorable Mary M. Rowland: Motion to withdraw Attorney Colby Qualls [28] is granted. Attorney Colby Qualls terminated. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.