IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**JUSTINE MARRERO, Individually and on**     **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.     No. 1:22-cv-3593-MMR

**LAB ELITE, LLC, and ZISHAN ALVI**     **DEFENDANTS**

### UNOPPOSED MOTION FOR LEAVE TO APPEAR TELEPHONICALLY OR VIA VIDEO CONFERENCE

Plaintiff Justine Marrero, for her Unopposed Motion for Leave to Appear Telephonically or via Video Conference at the August 15, 2023, hearing, does state and allege as follows:

1. On July 11, 2023, this Court set an in-person status hearing, ECF No. 26, for August 15, 2023.

2. Lead counsel for Plaintiff, Colby Qualls, resigned as a member from Sanford Law Firm, PLLC, and his Motion to Withdraw was granted on July 31. *See* ECF No. 29.

3. Plaintiff's remaining counsel, Josh Sanford, is now the only attorney at Sanford Law Firm licensed to practice in the Northern District of Illinois.

4. While counsel for the Plaintiff understands the importance of a personal appearance before the Court, Mr. Sanford only became aware that he would be the one who would need to appear for the Plaintiff when Mr. Qualls resigned. As such, given the short timeframe and the need to travel by plane, it is logistically difficult for him to appear in person because of his previously scheduled travel plans.

Page 1 of 3
Justine Marrero, et al. v. Lab Elite, LLC, et al.
U.S.D.C. (N.D. Ill.) No. 1:22-cv-3593-MMR
Unopposed Motion for Leave to Appear
Telephonically or via Video Conference

5. Plaintiff's counsel therefore requests permission to attend to Status Hearing set for August 15 either telephonically or via video conference.

6. Plaintiff extends the same courtesy to Defendants' counsel located in Des Plaines.

7. Plaintiff's counsel does not believe the requested relief will, in any way, alter the Parties' ability to have a thorough, detailed and meaningful hearing. Rather, a telephonic or video conference allows both Parties to further keep cost to a minimum in order to help facilitate settlement.

8. This request is made for good cause and not for delay.

9. Plaintiff's Counsel contacted Defendant's Counsel and is authorized to say that **this Motion is unopposed**.

WHEREFORE, premises considered, Plaintiff respectfully requests to appear telephonically or via video conference at the hearing set for August 15, 2023, and for all other relief that the Court deems just and proper.

Respectfully submitted,

**JUSTINE MARRERO, Individually
and on Behalf of All Others
Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Parkway, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*/s/ Josh Sanford*
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

Page 2 of 3
Justine Marrero, et al. v. Lab Elite, LLC, et al.
U.S.D.C. (N.D. Ill.) No. 1:22-cv-3593-MMR
Unopposed Motion for Leave to Appear
Telephonically or via Video Conference

## **CERTIFICATE OF SERVICE**

      I, Josh Sanford, do hereby certify that a true and correct copy of the foregoing was electronically filed with the Clerk for the U.S. District Court, Northern District of Illinois, on August 3, 2023, using the electronic case filing system of the Court. The attorneys of record are registered to receive an electronic copy hereof and include:

Anthony Zac, Esq.
ZAC LAW P.C.
2700 S River Rd, Suite 308
Des Plaines, Illinois 60018
Telephone: (847) 318-9130
Facsimile: (847) 318-9140
az@zaclawpc.com

                                                    */s/ Josh Sanford*
                                                    **Josh Sanford**

**Page 3 of 3**
**Justine Marrero, et al. v. Lab Elite, LLC, et al.**
**U.S.D.C. (N.D. Ill.) No. 1:22-cv-3593-MMR**
**Unopposed Motion for Leave to Appear**
**Telephonically or via Video Conference**