# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Justine Marrero

                Plaintiff,

v.                                                   Case No.: 1:22–cv–03593
                                                          Honorable Mary M. Rowland

Lab Elite, LLC, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 15, 2023:

      MINUTE entry before the Honorable Mary M. Rowland: Telephonic status hearing held. Counsel appeared telephonically. Parties should continue to try to resolve the matter by 8/31/23. By 9/8/23, parties should file a joint status report indicating whether a resolution has been reached and, if not, setting forth a proposed discovery schedule. Defendant should indicate whether discovery will be disrupted in light of the pending criminal charges in 23 CR 142. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.