IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**JUSTINE MARRERO, Individually and on**      **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.      No. 1:22-cv-3593-MMR

**LAB ELITE, LLC, and ZISHAN ALVI**      **DEFENDANTS**

## PLAINTIFF'S STATUS REPORT

Pursuant to the Court's Minute Entry dated October 16, 2023, (ECF No. 33), Plaintiff, represented through undersigned counsel, submits the following Status Report.

1. On July 10, 2023, the Parties filed a Joint Status Report (ECF No. 25), in which they informed the Court that they were currently discussing the potential resolution of this case.

2. The Parties requested a stay of formal discovery while they continued to explore a potential resolution, which this Court granted. *See* ECF No. 22.

3. The Parties have not resolved this case between themselves yet. Plaintiff's counsel has emailed Defendants' counsel to discuss the possibility of settlement and the content of the Joint Status Report required by the Court but has not received any reply to date.

4. Plaintiff's counsel remains optimistic that they may be able to reach a resolution with more time, and without the need for additional discovery and incurring additional expenses related to litigation.

5. Plaintiff would like to continue to discuss a potential resolution with Defendants. Plaintiff would like to file an additional joint status report with the Court by January 26, 2024, to apprise the Court of the status of any potential resolution.

6. If the Parties are unable to reach a resolution amongst themselves by January 26, 2024, Plaintiff may request a referral to a magistrate judge settlement conference. At this time though, Plaintiff still believes they may be able to reach a resolution on their own.

        Respectfully submitted,

        **JUSTINE MARRERO, Individually and on Behalf of All Others Similarly Situated, PLAINTIFF**

        SANFORD LAW FIRM, PLLC
        Kirkpatrick Plaza
        10800 Financial Centre Parkway, Suite 510
        Little Rock, Arkansas 72211
        Telephone: (800) 615-4946
        Facsimile: (888) 787-2040

        */s/ Josh Sanford*
        Josh Sanford
        Ark. Bar No. 2001037
        josh@sanfordlawfirm.com

## CERTIFICATE OF SERVICE

I, Josh Sanford, do hereby certify that a true and correct copy of the foregoing was electronically filed with the Clerk for the U.S. District Court, Northern District of Illinois, on October 24, 2023, using the electronic case filing system of the Court. The attorneys of record are registered to receive an electronic copy hereof and include:

Anthony Zac, Esq.
ZAC LAW P.C.
2700 S River Rd, Suite 308
Des Plaines, Illinois 60018
Telephone: (847) 318-9130
Facsimile: (847) 318-9140
az@zaclawpc.com

        */s/ Josh Sanford*
        **Josh Sanford**