# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Justine Marrero

                        Plaintiff,

v.                                                Case No.: 1:22−cv−03593
                                                      Honorable Mary M. Rowland

Lab Elite, LLC, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 26, 2023:

      MINUTE entry before the Honorable Mary M. Rowland: The court has reviewed Plaintiff's Status Report. In March the parties reported this was an individual as opposed to a collective or class case. [20] Since April parties have been discussing resolution. [22] [24] [32]. In August the court told the parties to resolve the matter or propose, by 9/8/23, a discovery schedule. [32] The parties missed the 9/8/23 report date. [33]. The court extended the date to 10/20/23 [34] which the parties also missed. Parties now claim they need until 1/26/24 to try to resolve it and THEN maybe ask for a referral to the magistrate judge. [34] What about discovery? Telephonic status set for 11/2/23 at 9:00 to set a firm discovery schedule. Parties should call 866−434−5269; access code 3751971. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.