UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Justine Marrero

                Plaintiff,

v.                                   Case No.: 1:22–cv–03593
                                            Honorable Mary M. Rowland

Lab Elite, LLC, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, November 2, 2023:

      MINUTE entry before the Honorable Mary M. Rowland: Telephonic status hearing held. Plaintiff appeared telephonically. Defense counsel failed to appear and has not been in contact with Plaintiff's counsel. This is not appropriate. Plaintiff is ordered to send a proposed discovery schedule to defendants' counsel by 11/16/23. Defendants are ordered to respond to Plaintiff's counsel by 11/22/23. Plaintiff is to file a status report on status of this case and parties' communications by 11/30/23. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.