IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JUSTINE MARRERO, Individually and on Behalf of All Others Similarly Situated<br><br>      Plaintiff,<br><br>  v.<br><br>LAB ELITE, LLC, and ZISHAN ALVI<br><br>      Defendants. | Case No. 1:22-cv-3593<br><br>Judge Mary M. Rowland |

**PLAINTIFF'S STATUS REPORT**

Pursuant to the Court's Minute Entry dated November 2, 2023, (ECF No. 36), Plaintiff, represented through undersigned counsel, submits the following Status Report.

    1.    On November 16, 2023, Plaintiff's counsel sent a proposed discovery schedule to Defendants' counsel, and Defendants responded with their proposed edits.

    2.    Defendants' counsel spoke to Plaintiff's counsel on November 17 and indicated that he intends to send a final offer of settlement by December 4. At that time, Defendants' counsel will also file a motion to withdraw.

    3.    Plaintiff remains open to a reasonable settlement and will consider Defendants' offer in good faith, once received.

    4.    The parties proposed discovery schedule is attached as Exhibit 1.

Respectfully submitted,

**JUSTINE MARRERO, Individually
and on Behalf of All Others
Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Parkway, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

*/s/ Josh Sanford*
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

## CERTIFICATE OF SERVICE

I, Josh Sanford, do hereby certify that a true and correct copy of the foregoing was electronically filed with the Clerk for the U.S. District Court, Northern District of Illinois, on November 30, 2023, using the electronic case filing system of the Court. The attorneys of record are registered to receive an electronic copy hereof and include:

Anthony Zac, Esq.
ZAC LAW P.C.
2700 S River Rd, Suite 308
Des Plaines, Illinois 60018
Telephone: (847) 318-9130
Facsimile: (847) 318-9140
az@zaclawpc.com

*/s/ Josh Sanford*
**Josh Sanford**