# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Justine Marrero

                Plaintiff,

v.                                            Case No.: 1:22–cv–03593
                                                        Honorable Mary M. Rowland

Lab Elite, LLC, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 14, 2023:

      MINUTE entry before the Honorable Mary M. Rowland: In person status hearing held. Plaintiff appeared by phone. Defense counsel failed to appear for the second time. The court has reviewed the status report. Plaintiff did not receive a final settlement offer nor did Defense counsel move to withdraw on 12/4/23 as stated in the status report. [37] Rule to show cause set for 12/20/23 at 9:00am. Attorney Anthony Zac is directed to appear in person on 12/20/23 at 9:00am in courtroom 1225 to show why he should not be held in contempt for failing to appear for court in this matter. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.