## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Justine Marrero
                    Plaintiff,

v.                                      Case No.: 1:22–cv–03593
                                                                   Honorable Mary M. Rowland

Lab Elite, LLC, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 20, 2023:

      MINUTE entry before the Honorable Mary M. Rowland: The case was called for status. Neither side appeared. The matter was set for a rule to show cause [39] and defense attorney was directed to appear in person to explain why he failed to appear at the status on 12/14/23 or 11/2/23. He also failed to follow through on the commitments he made according to the status report filed on 11/30/23. [37]. Plaintiff also failed to appear today. The parties also missed filing two separate status reports in addition to missing court today. As the Court stated previously, the parties have been discussing settlement since at least April 2023. It appears the court is spending more time on the case than counsel. Discovery is closed [18] and will not be reopened. This is the final warning to defendants. An in person status is set for 1/9/24 at 9:00 AM. Failure to appear will result in a default. If plaintiff fails to appear as well, the matter will simply be dismissed. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.