IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JUSTINE MARRERO, Individually and on Behalf of All Others Similarly Situated<br><br>Plaintiff,<br><br>v.<br><br>LAB ELITE, LLC, and ZISHAN ALVI<br><br>Defendants. | Case No. 1:22-cv-3593<br><br>Judge Mary M. Rowland |

## NOTICE OF SETTLEMENT

Plaintiff and Defendants notify the Court that the Parties have agreed to settle the above captioned matter. The Parties respectfully request that all upcoming dates including the in person hearing of January 9, 2024 are vacated provided that a Notice of Stipulation to Dismiss pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) is filed on or prior to January 5, 2024.


*/s/ Josh Sanford*
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Parkway
Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*/s/Anthony Zac*
Anthony Zac
IL Bar No. 6256902
az@zaclawpc.com
ZAC LAW PC
2700 S. River Road
Suite 308
Des Plaines, Illinois 60018
Telephone: (847) 318-9130
Facsimile: (847) 318-9140