# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Justine Marrero

                Plaintiff,

v.                                         Case No.: 1:22–cv–03593

                                                      Honorable Mary M. Rowland

Lab Elite, LLC, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 3, 2024:

    MINUTE entry before the Honorable Mary M. Rowland: Parties have filed a notice of settlement [42]. In person status hearing remains set for 1/9/24. [40] Status will be stricken if a stipulation to dismiss is filed prior to that date. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.